*Jon L. Schoenhorn,* in opposition.

Decided December 6, 2006

## STATE OF CONNECTICUT *v.* JOHN D. THOMPSON

The defendant's petition for certification for appeal from the Appellate Court, 98 Conn. App. 245 (AC 25982), is denied.

*Darcy McGraw,* special public defender, in support of the petition.

*Mitchell S. Brody,* senior assistant state's attorney, in opposition.

Decided December 6, 2006